J. H. WINEMILLER v. STATE.

No. A-1517.

J. H. Winemiller was conviction in the county court of Okmulgee county of cruelty to animals. Reversed, per curiam, March 29, 1913.

BEN McLAUGHLIN v. STATE.

No. A-1705.    Opinion Filed July 2, 1913.

Appeal from County Court, Johnston County;
Nick Wolfe, Judge.

Kennamer & Coakley and Gullett & O'Bryan, for appellant.
Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.    Appellant was convicted for violating the prohibitory liquor law, and appealed.    The legal questions involved in this case have already been decided adversely to the contentions of counsel for appellant.    It is therefore not necessary to repeat here what has been said.    The judgment of the lower court is affirmed.

H. S. MERCHANT v. STATE.

No. A-1703.    Opinion Filed July 2, 1913.

Appeal from County Court, Stephens County;
W. H. Admire, Judge.

Womack & Brown and Gilbert & Bond, for appellant.
C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM.    We find no prejudicial error in the record.    The evidence was conflicting, but this was a question for the jury alone to settle.    The judgment of the trial court is therefore affirmed.